# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ABS-SOS PLUS PARTNERS LTD.,**
        **Plaintiff,**

-vs-                                          Case No. 6:08-cv-1409-Orl-31DAB

**VEIN ASSOCIATES OF AMERICA, INC.,**
**VEIN ASSOCIATES, P.A.,**
**MARK A. McQUAID,**
**MARK A. McQUAID, M.D., P.A.,**
**NORTH TEXAS VASCULAR &**
**VERICOSE VEINS, P.A.,**
        **Defendants.**
_____

## ORDER

This cause comes before the Court on Plaintiff's Motion for Writ of Garnishment (Doc. No. 60) filed May 21, 2009.

On May 28, 2009, the United States Magistrate Judge issued a report (Doc. No. 61) recommending that the motion be granted and that a Writ of Garnishment be issued to Wachovia Bank, N.A.. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Writ of Garnishment is GRANTED.

3. The Clerk is directed to issue the attached Writ of Garnishment to Garnishee: Wachovia Bank, N.A., 800 North Magnolia Avenue, Suite 800, Orlando, FL 32803.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 15th day of June, 2009.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party